IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, PAT HOY, BARRY BLUE, ROBERT CAMPNEY, GROVONDA COLEMAN, WAYNE COREY, PETER DANIELSON, WILLIAM GOLDMAN, DANA HAMIK, MICHAEL HICKS, BILL KELLER, RICHARD NEVINS, JOE SCHUETTE, CHRISTL UPCHURCH, LORRAINE VASHON, TIM WHITTINGHILL, ROBERT SCHMIDT, and PACESETTER CORPORATION AMENDED AND RESTATED KEY EXECUTIVE RETIREMENT PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.8:10-cv-000061-JFB-FG3 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| OPTIMUS CORPORATION, formerly known as THE PACESETTER CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 15 and NECivR 15.1, and upon the representation that the motion is unopposed,

IT IS ORDERED:

1. Plaintiffs' Motion to Amend Complaint to Add Parties (Filing No. 41) is granted.

2. Plaintiffs shall file and serve the Amended Complaint on or before January 5, 2011.

3. Responses to the amended pleading shall be filed and served within the time allowed by Fed. R. Civ. P. 15(a).

DATED December 27, 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge