IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, PAT HOY, BARRY BLUE, ROBERT CAMPNEY, GROVONDA COLEMAN, WAYNE COREY, PETER DANIELSON, WILLIAM GOLDMAN, DANA HAMIK, MICHAEL HICKS, BILL KELLER, RICHARD NEVINS, JOE SCHUETTE, CHRISTL UPCHURCH, LORRAINE VASHON, TIM WHITTINGHILL, PACESETTER CORPORATION AMENDED AND RESTATED KEY EXECUTIVE RETIREMENT PLAN, and ROBERT SCHMIDT,<br><br>          Plaintiffs,<br><br>          V.<br><br>OPTIMUS CORPORATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:10CV61<br><br><br><br>ORDER |

This matter is before the court on Plaintiff's motion for permission to file under seal (filing 76). The motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's motion for permission to file under seal (filing 76) is granted;

2. Plaintiff's Brief in Support of Motion for Partial Summary Judgment (filing 78) and Plaintiff's Index of Evidence (filing 79), including the attachments thereto, shall remain under seal.

DATED June 16, 2011.

                        BY THE COURT:

                        S/ F.A. Gossett
                        United States Magistrate Judge