IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, PAT HOY, BARRY BLUE, ROBERT CAMPNEY, GROVONDA COLEMAN, WAYNE COREY, PETER DANIELSON, WILLIAM GOLDMAN, DANA HAMIK, MICHAEL HICKS, BILL KELLER, RICHARD NEVINS, JOE SCHUETTE, CHRISTL UPCHURCH, LORRAINE VASHON, TIM WHITTINGHILL, PACESETTER CORPORATION AMENDED AND RESTATED KEY EXECUTIVE RETIREMENT PLAN, and ROBERT SCHMIDT,<br><br>     **Plaintiffs,**<br><br>    **V.**<br><br>**OPTIMUS CORPORATION,**<br><br>     **Defendant.** | 8:10CV61<br><br>ORDER |

  Plaintiffs have filed an unopposed motion to extend the deadline for disclosure of expert witnesses (filing 141).  In support of the motion, Plaintiffs represent that they are in the process of preparing a motion to overrule Defendant's objections to a subpoena served by Plaintiffs.  Plaintiffs request that the court extend the expert witness disclosure deadline for a period of thirty-days after the court rules on Plaintiffs' anticipated motion to overrule Defendant's objections to Plaintiffs' subpoena.

  Having considered the matter, Plaintiffs' motion will be granted.

  **IT IS ORDERED** that Plaintiffs' unopposed motion to extend the expert witness disclosure deadline (filing 141) is granted.  A new deadline for the disclosure of expert witnesses will be set upon the court's ruling on Plaintiffs' anticipated motion to overrule Defendant's objections to Plaintiffs' subpoena in accordance with Plaintiffs' request**.**  If, however, Plaintiffs' anticipated motion is not filed on or before January 30, 2012, the court will set a revised expert witness disclosure deadline at that time.

  DATED January 3, 2012.

                     BY THE COURT:

                     S/ F.A. Gossett
                     **United States Magistrate Judge**