IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, PAT HOY, BARRY BLUE, ROBERT CAMPNEY, GROVONDA COLEMAN, WAYNE COREY, PETER DANIELSON, WILLIAM GOLDMAN, DANA HAMIK, MICHAEL HICKS, BILL KELLER, RICHARD NEVINS, JOE SCHUETTE, ROBERT SCHMIDT, CHRISTL UPCHURCH, LORRAINE VASHON, TIM WHITTINGHILL, and PACESETTER CORPORATION AMENDED AND RESTATED KEY EXECUTIVE RETIREMENT PLAN.<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMUS CORPORATION, formerly known as THE PACESETTER CORPORATION,<br><br>Defendant. | CASE NO. 8:10-CV-00061<br><br><br><br><br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINES IN PROGRESSION ORDER** |

This matter is before the Court on Defendant's Motion to Extend Deadlines in Progression Order (#163). The request for an extension is unopposed and the parties have agreed to the schedule contained in this Order. The Court finds that the extension is supported by good cause and should be granted.

IT IS HEREBY ORDERED: The motion (#163) is granted and the following deadlines shall apply to these proceedings:

| Date | Event |
|---|---|
| **May 23, 2012** | Plaintiff shall serve their statement of expert witnesses pursuant to the provisions of Rule 702, 703 or 705 of the Federal Rules of Evidence |

| | |
|---|---|
| **June 22, 2012** | Defendant shall serve its statement of expert witnesses pursuant to Rule 702, 703 or 705 of the Federal Rules of Evidence |
| **July 16, 2012** | Deadline to file motions for summary judgment |
| **August 17, 2012** | Deposition and discovery deadline |

Dated this 4th day of May 2012.

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge