IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, ) | | |
| PAY HOY, BARRY BLUE, ROBERT ) | | |
| CAMPNEY, GROVONDA COLEMAN, ) | Case No. 8:10cv61 | |
| WAYNE COREY, PETER DANIELSON, ) | | |
| WILLIAM GOLDMAN, DANA HAMIK, ) | | |
| MICHAEL HICKS, BILL KELLER, ) | | |
| RICHARD NEVINS, JOE SCHUETTE, ) | | |
| CHRISTL UPCHURCH, LORRAINE ) | | |
| VASHON, TIM WHITTINGHILL, ) | | |
| PACESETTER CORPORATION ) | | |
| AMENDED AND RESTATED KEY ) | **ORDER** | |
| EXECUTIVE RETIREMENT PLAN, and ) | | |
| ROBERT SCHMIDT, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| OPTIMUS CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |

Upon notice of settlement given to the court by Aaron Clark , counsel for Defendant,

**IT IS ORDERED:**

1.  On or before **March 15, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: January 29, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge