IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, PAT HOY, BARRY BLUE, ROBERT CAMPNEY, GROVONDA COLEMAN, WAYNE COREY, PETER DANIELSON, WILLIAM GOLDMAN, DANA HAMIK, MICHAEL HICKS, BILL KELLER, RICHARD NEVINS, JOE SCHUETTE, ROBERT SCHMIDT, CHRISTL UPCHURCH, LORRAINE VASHON, TIM WHITTINGHILL, and PACESETTER CORPORATION AMENDED AND RESTATED KEY EXECUTIVE RETIREMENT PLAN.<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMUS CORPORATION, formerly known as THE PACESETTER CORPORATION,<br><br>Defendant. | CASE NO. 8:10-CV-00061<br><br>**ORDER GRANTING JOINT MOTION TO RELEASE ORDER OF ATTACHMENT AND BOND** |

This matter is before the Court on the parties' Joint Motion to Release Order of Attachment and Bond. (Filing No. 241). The Court finds that the Motion is supported by good cause.

IT IS HEREBY ORDERED as follows:

1. The parties' Joint Motion to Release Order of Attachment and Bond is hereby granted. The October 18, 2011 Order of Attachment (Filing No. 122) shall be released and discharged in its entirety.

2. The $500.00 bond deposited with the Clerk of the United States District Court on October 19, 2011 (Filing No. 123) shall be released to Plaintiffs.

Dated this 21st day of March 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge