IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY EDELSTEIN, IVAN GERARD, PAT HOY, BARRY BLUE, ROBERT CAMPNEY, GROVONDA COLEMAN, WAYNE COREY, PETER DANIELSON, WILLIAM GOLDMAN, DANA HAMIK, MICHAEL HICKS, BILL KELLER, RICHARD NEVINS, JOE SCHUETTE, ROBERT SCHMIDT, CHRISTL UPCHURCH, LORRAINE VASHON, TIM WHITTINGHILL, and PACESETTER CORPORATION AMENDED AND RESTATED KEY EXECUTIVE RETIREMENT PLAN.  Plaintiffs, v. OPTIMUS CORPORATION, formerly known as THE PACESETTER CORPORATION,  Defendant. | CASE NO. 8:10-CV-00061  **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**THIS MATTER** comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice. The Court, having reviewed the parties' Stipulation, and being otherwise fully advised in the premises, finds that this matter shall be dismissed with prejudice, each party to pay its own costs.

**IT IS SO ORDERED.**

DATED this 15th day of April, 2013.

BY THE COURT:

s/ Joseph F. Batallion
United States District Court Judge

| | |
|---|---|
| PREPARED AND SUBMITTED BY: | APPROVED AS TO FORM AND CONTENT BY: |
| STANLEY EDELSTEIN, et al. Plaintiffs, | OPTIMUS CORPORATION, formerly known as THE PACESETTER CORPORATION, Defendant |

| | |
|---|---|
| /s/ Joseph E. Jones | /s/ Aaron A. Clark |
| Joseph E. Jones, #15970 | Aaron A. Clark, #20045 |
| Michael L. Schleich, #13690 | McGrath North Mullin & Kratz, PC LLO |
| Fraser Stryker PC LLO | First National Tower, Suite 3700 |
| 500 Energy Plaza | 1601 Dodge Street |
| 409 S. 17th Street | Omaha, NE  68102 |
| Omaha, NE  68102 | Phone: 402-341-3070 |
| Phone: 402-341-6000 | Fax: 402-341-0216 |
| Fax: 402-341-8290 | aclark@mcgrathnorth.com |
| jjones@fraserstryker.com | |
| mschleich@fraserstryker.com | |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |

839537v1