IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANLEY EDELSTEIN, et al, | ) | Case No. 8:10CV61 |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| OPTIMUS CORPORATION, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f), counsel for plaintiffs and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

**Plaintiffs' Exhibits 1 -8 from hearing held October 4, 2011**

**Plaintiffs' Exhibits from non-jury trial held September 17-18, and 24, 2012**

**Defendant's Exhibits from non-jury trial held September 17-18, and 24, 2012**

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 23rd day of December, 2013.

s/ Joseph F. Bataillon  
United States District Judge